UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CLEMENTE DIAZ and                                      Case No. 15-25583-LMI
ELIZABETH DIAZ,                                              Chapter 7

     Debtors.
_____/

**TRUSTEE'S NOTICE OF DEBTORS' RULE 2004 EXAMINATION *DUCES TECUM***

     **Marcia T. Dunn** as Chapter 7 Trustee for the above-captioned bankruptcy estate (the "Trustee"), by and through her undersigned counsel, pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, will examine **Clemente Diaz and Elizabeth Diaz** (the "Debtor(s)" and "Examinee(s)"), under oath on **January 12, 2016, at 2:00 p.m.** at the offices of **Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, FL 33132.**

     The examination may continue from day to day until completed. (If the Examinee receives this notice less than seven (7) days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.)

     The examination is being conducted pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, and will be taken before an officer authorized to stenographically record the testimony. The scope of the examination shall be as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to 14 days.

     If the Debtor requires language interpretation at the examination, arrangements must be made directly and in advance of the scheduled examination, at the Debtor's expense.

     The Examinee is further requested to produce all of the documents described on the attached **Exhibit "A"** on the agreed upon date of **January 5, 2016,** to the offices of **Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, FL 33132.**


Case No. 15-25583-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on the 18th day of December, 2015, upon the Debtors and secured creditors:

**Clemente Diaz and Elizabeth Diaz, Debtors**
3240 West 70 Street#102
Hialeah, FL 33018

**Region/AMS**
PO Box 11007
Birmingham, AL 35288

**Tower Management Service**
900 West 49 Street #220
Hialeah, FL 33012

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on the 18th day of December, 2015, upon all registered users in this case, including:

- **Marcia T. Dunn, Trustee**  mdunn@dunnlawpa.com
- **Becket and Lee, LLP**  notices@becket-lee.com
- **Robert Sanchez, Esq.**  court@bankruptcyclinic.com
- **Office of the U.S. Trustee**  USTPRegion21.MM.ECF@usdoj.gov

DUNN LAW, P.A.
*Attorneys for Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
TEL:  786-433-3866
FAX:  786-260-0269
eMAIL:*Michael.Dunn@dunnlawpa.com*

By:    */s/  Michael P. Dunn, Esq.*
         Michael P. Dunn, Esq.
         Florida Bar No. 100705

Copy:  Ouellette & Mauldin Court Reporter

## EXHIBIT "A"

### I.     DEFINITIONS

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

1. "And" and "Or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

2. Where the word "any" is used in a request, it includes all documents so described.

3. "Communication" means all written or oral communications however informal, including without limitation to the foregoing, correspondence, memoranda, notes, telegraphs, telephone conversations, negotiations, meetings or other oral communications, which are in any manner evidenced by, or referred to in a document, whether prepared in anticipation of, during, or subsequent to such communications.

4. "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

5. "Debtor(s)", "Examinee(s)", "You" and "Your" shall mean **Clemente Diaz and/or Elizabeth Diaz.**

6. "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

7. "Document" or "documents" as used herein shall mean the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers,

passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all other papers similar to any of the foregoing. Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

8.    "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or non-for-profit, or partially or fully government owned or controlled.

9.    "Petition Date" shall mean **August 28, 2015**.

10.   "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

11.   "Spouse" means any natural person in which you are legally married.

12.   "Year" means calendar year unless otherwise specified.

13.   The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

14.   Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

## II. INSTRUCTIONS

With respect to this request for documents, the following instructions shall apply:

(1)   This request for documents is continuing and Examinee is requested to supplement its responses hereto.

(2)   Examinee is hereby notified that its duty to respond includes the duty to supply all documents and materials in Examinee's physical possession, as well as those which can be obtained from additional sources, pursuant to Rule 7036 of the Federal Rules of Bankruptcy Procedure.

(3) In the event that any document called for by a request is withheld on the basis of claim of privilege, please identify that document by stating: (a) any addressor or addressee; (b) matter, number of pages, and attachments or appendices; (c) all persons to whom the document was distributed, shown or explained: (d) its present custodian; and (e) the nature of the privilege asserted.

(4) In the event that any document requested herein is not presently in your possession or subject to your control, please identify each person you have reason to believe had or has knowledge of its contents.

(5) In the event that any document called for by a request has been destroyed or discarded, please identify that document by stating: (a) any address or any addressee; (b) any indicated or blind copies; (c) the document's date, subject matter, number of pages, and attachments or appendices; (d) all persons to whom the document was distributed, shown or explained; (e) its date and destruction or discard, manner of destruction or discard, and reason for destruction or discard; and (f) the persons authorizing or carrying out such destruction or discard.

(6) In producing documents requested herein, you shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

(7) All documents shall be segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, and produced pursuant to the provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016.

### III.    DOCUMENTS TO BE PRODUCED

**A. Real Property**

1. Provide a copy of homeowner's or renter's insurance policies with respect to real property that You used, occupied, possessed, owned, rented, or controlled for the forty-eight (48) months prior to the Petition Date including, but not limited to:

    a. 3240 W. 70th St., Unit #102, Hialeah, FL 33018
    b. 13001 Port Said Road, Unit 15, Opa Locka, FL 33054
    c. 2954 Ali Baba Ave., Opa Locka, FL 33054
    d. 20525 NW 30 Avenue, Opa Locka, FL 33056
    e. Any other properties not listed

2. Provide a copy of any lease, rental agreement, purchase agreement, and/or sale agreement for the forty-eight (48) months prior to the Petition Date regarding:

    a. 3240 W. 70th St., Unit #102, Hialeah, FL 33018
    b. 13001 Port Said Road, Unit 15, Opa Locka, FL 33054
    c. 2954 Ali Baba Ave., Opa Locka, FL 33054

    d. 20525 NW 30 Avenue, Opa Locka, FL 33056

    e. Any other properties not listed

3. Please provide all documents relating to you mortgage with Regions Bank, including, but not limited to:

    a. Closing documents

    b. A copy of the mortgage and/or any negotiable instrument(s) executed in conjunction with the mortgage

    c. A copy of the deed

    d. Copies of the last four years of billing statements

    e. Any other documents related to this request.

4. If You have **moved** within three (3) years immediately preceding the Petition Date, list all premises which You occupied during that period and vacated including addresses, names used, and dates of occupancy.

5. Please provide all market valuations used to assess the value of Your residence listed in **Item #1(a)** within two (2) years of the Petition Date.

6. Please provide the last three (3) months of all utility bills (i.e., Comcast, FPL, water, etc.) for Your residence listed in **Item #1(a).**

7. Please clear provide pictures of all rooms and closets in the residence listed in **Item #1(a)**.

    **B. Personal Property**

8. Please provide a detailed list and documentation to support the value of $1,965.00 for Household Goods as listed in **Schedule B, Item 4**, including clear photographs of all of these items and clear photographs of all rooms in the Debtor(s)' residence or where they may be located.

9. Please provide a detailed list and documentation to support the value of $60.00 for Wearing Apparel as listed in **Schedule B, Item 6**, including clear photographs of all of these items and clear photographs of all closets in Debtor(s)' residence where they may be located.

10. Please provide a detailed list and documentation to support the value of $10.00 Costume Jewelry as listed in **Schedule B, Item 7**, including clear photographs of all of these items.

11. Please provide clear photographs of any other jewelry that was in Your possession as of the Petition Date.

12. Please provide documentation supporting the Debtor(s)' ownership interest in any **vessel or watercraft** for the forty-eight (48) months prior to the Petition Date, including, but not limited to, recent appraisal or valuation, registrations, proof of insurance, proof of purchase, lienholder information, co-owner information, co-registrant information, lease information, proof of sale or transfer including consideration, full name and address, date of transfer, and relationship to Debtor.

13. Please provide documentation supporting the Debtor(s)' ownership interest in any **motorized vehicle** for the forty-eight (48) months prior to the Petition Date, including, but not limited to, recent appraisal or valuation, registrations, proof of insurance, proof of purchase, lienholder information, co-owner information, co-registrant information, voluntary repossession or turnover documentation, any appraisals, proof of sale or transfer including consideration, full name and address, date of transfer, and relationship to Debtor:

   a. 2009 Hyundai Elantra
   b. 1998 International 4000
   c. 2003 Ford Taurus
   d. 2003 Ford F-150 Harley Davidson
   e. 1996 Peterbilt Conventional 379 Tractor Truck

14. Please provide documentation supporting (i.e., Retail Sales Installment Contract, Lease Agreement, etc.) the Debtor(s)' lease and/or purchase interest in any **motorized vehicle** for the forty-eight (48) months prior to the Petition Date.

15. Please provide copies (i.e., check, credit card statement, and/or charging slip) of any down payment(s) used to purchase and/or lease any vehicles within the last two (2) years.

16. Please provide the 2014 or 2015 vehicle registration(s), if available, for all of the vehicles listed in **Item No. 12**.

17. Please provide a full accounting of all cash advances taken from any credit card or line of credit as listed on **Schedule F** including a detailed description of what the money was used for.

18. Please provide all billing statements, from January 2010 until the Petition Date, for the BrandsMart USA Credit Card Account listed on **Schedule F** including a detailed description of each item on the billing statement(s).

19. Please provide copies of the receipts or detailed statements for all purchases made within the last five (5) years of the Petition Date from the creditors as listed on **Schedule F**.

20. Please provide documentation regarding any and all **transfers** of money, property, loans, investments, gifts over $500, for the thirty-six (36) months up to and including the Petition Date.

21. Please provide all documentation regarding any and all transfers of money, property, loans, gifts over $500, to the Debtor(s)' family members for the forty-eight (48) months up to and including the Petition Date including.

### C. Financial

22. Please provide complete and legible copies of statements and cancelled checks (front and back) for all bank accounts, personal or business, including virtual bank accounts, in all financial institutions, anywhere, from **August 28, 2013**, through and including the date of production, that are in the name or joint name of the Debtor(s), or where the Debtor(s) is/are an authorized signer or an interested party of any kind including, but not limited to**:**

   a. BB&T Checking Acct. No: 6521
   b. Regions Checking Acct. No: 6932
   c. Any Savings and/or Checking Account(s) where Debtor(s), whether for corporate and/or for personal usage, have and/or had signing privileges

23. Please provide support for any and all deposits, withdrawals, and checks (front and back copies) that are $500.00 or higher in any bank accounts, personal or business, including virtual bank accounts, in all financial institutions everywhere from **August 28, 2013**, through and including the date of production, that are in the name or joint name of the Debtor(s), or where the Debtor(s) is/are an authorized signer or an interested party of any kind, including but not limited to those listed under **Schedule B**.

24. Please provide copies of statements and cancelled checks (front and back) for any and all bank accounts, personal or business, including virtual bank accounts, in any and all financial institutions everywhere, that were **closed** between **August 28, 20**13, through and including the date of production, that were in the name or joint name of the Debtor(s) was and/or were an authorized signer or an interested party of any kind.

25. Please provide complete copies of all your (i.e., personal, joint, and/or corporate) 2012, 2013 and 2014 federal income tax returns including all supporting documentation.

26. Please provide a copy of any **2014 federal income tax refund check** that you, your spouse, and/or any corporate entity in which you claim ownership received.

27. Please provide copies of any and all "Contracts or Leases" in the name of the Debtor(s) or held by the Debtor(s), not listed under **Schedule G**, including any cellular/data agreements, utility agreements, gym memberships, pre-need burial contracts, timeshares, education accounts, vehicle leases, or residential leases.

28. Please provide copies of any and all **applications (for credit)** that were submitted to any financial institution by the Debtor(s) for the forty-eight (48) months prior to the Petition Date.

29. Please provide documentation regarding any and all joint debt of any kind.

30. Please provide a copy of a credit report for the Debtor(s), Clemente Diaz and Elizabeth Diaz, issued no later than **August 28, 2015**.

31. Please provide copies of corporate information within six (6) years immediately preceding the Petition Date including, but not limited to, stock certificates, stock transfers names of current officers and directors, names of previous officers and directors, business licenses, payroll records, payroll tax returns, business tax returns, profit and loss statements, general ledgers, accounts receivable, inventory, accounts payable, bank statements, websites, and credit card or merchant account statements, including virtual accounts such as PayPal and Western Union, for business(es) owned and/or operated by the Debtor(s) including, but not limited to:

    a.    C. Diaz Towing, Inc.
    b.    C. Diaz Transport, Inc.
    c.    C. Diaz Towing & Recovery, Inc.

32. Please provide documentation regarding any and all property held for another person as requested under **Statement of Financial Affairs, Item 14**.

33. Please provide all documentation regarding any and all wills, family trusts, interests in insurance policies, equitable or future interests, life estates, and rights or powers exercisable for the benefit of the Debtor or where You and/or Your Spouse are named.