UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CLEMENTE DIAZ and             Case No. 15-25583-LMI
ELIZABETH DIAZ,               Chapter 7

    Debtors.
_____/

**TRUSTEE'S AGREED *EX-PARTE* MOTION TO
COMPEL DEBTORS' TURNOVER OF DOCUMENTS**

    Marcia T. Dunn, as Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of Clemente Diaz and Elizabeth Diaz (the "Debtors"), by and through undersigned counsel and pursuant to 11 U.S.C. §§ 541 and 542 of the Bankruptcy Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure, moves to compel the debtors to produce documents requested in connection with the Rule 2004 Examination by the Trustee (the "Motion"), and in support thereof, states as follows:

    1.    This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor on August 28, 2015 (the "Petition Date"). Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

    2.    The Debtor's §341 Meeting of Creditors ("§341 Meeting") was held and concluded on October 5, 2015.

    3.    On December 18, 2015, the Trustee filed and served a *Notice of Rule 2004 Examination Duces Tecum* (DE 29; the "2004 Notice"), setting the Debtors' 2004 Examination for January 12, 2016, and requesting information and documentation from the Debtors on January 5, 2016, prior to the 2004 Examination, in order to properly administer the bankruptcy estate (the "Document Request").

4.  On or about January 11, 2016, the Debtors' counsel notified the Trustee's counsel that the Debtors were not able to provide all of the requested documents in advance of the scheduled 2004 Examination. The Debtors' counsel agreed to (1) continue the 2004 Examination until February 18, 2016, and (2) an agreed motion and order compelling production of the requested documents with the exception of the Brandsmart credit card statements.

5.  The Document Request was crafted from Debtor's Schedules and Statements and information produced by the Debtors with respect to the §341 Meeting.

6.  The Debtors are required under the 2004 Notice to produce documents in advance of the examination date. The Debtors have not provided all of the necessary documents required for the 2004 Examination.

7.  Counsel for Debtors consented to the requested relief.

8.  The information and documentation sought by the Trustee is property of the Estate pursuant to 11 U.S.C. § 541, and subject to turnover pursuant to 11 U.S.C. § 542.

9.  Moreover, 11 U.S.C. § 521(a)(3) requires a debtor to "... cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title;" and 11 U.S.C. § 521(a)(4) requires a debtor to "... surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate ..."

10. The Debtors failure to turn over the information and documentation requested by the Trustee not only violates the Debtors duties under 11 U.S.C. §§ 521(a)(3) and (4), but is prejudicing the Trustee's administration of this Estate.

11. As of the filing of this Motion, the requested documents have not been produced by the Debtors, and there have been no objections or protective motions filed by the Debtors.

12. Accordingly, the Trustee seeks entry of an agreed *ex-parte* order, compelling the Debtor to turn over all requested documents and information no later than February 11, 2016.

13. Attached as Exhibit "A" is a form of order granting the relief requested herein.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Clemente Diaz and Elizabeth Diaz, respectfully requests this Honorable Court enter an agreed *ex-parte* order (1) directing the Debtors to turn over all information and documents sought by the Trustee pursuant to the Rule 2004 Examination Document Request, no later than February 11, 2016, and (2) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of January, 2016.

        DUNN LAW, P.A.
        *Attorneys for Marcia T. Dunn, Trustee*
        555 Northeast 15th Street, Suite 934-A
        Miami, Florida  33132-1451
        TEL:  786-433-3866
        FAX:  786-260-0269
        eMAIL:*Michael.Dunn@dunnlawpa.com*

By:   */s/  Michael P. Dunn, Esq.*
       Michael P. Dunn, Esq.
       Florida Bar No. 100705

Case No. 15-25583-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on the 19th day of January, 2016, upon the Debtors:

**Clemente Diaz and Elizabeth Diaz**
3240 West 70 Street#102
Hialeah, FL 33018

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on the 19th day of January, 2016, upon all registered users in this case, including:

- **Marcia T. Dunn, Trustee**     mdunn@dunnlawpa.com
- **Becket and Lee, LLP**     notices@becket-lee.com
- **Robert Sanchez, Esq.**     court@bankruptcyclinic.com
- **Office of the U.S. Trustee**     USTPRegion21.MM.ECF@usdoj.gov

DUNN LAW, P.A.
*Attorneys for Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
Email: michael.dunn@dunnlawpa.com

By:    */s/ Michael P. Dunn, Esq.*
         Michael P. Dunn, Esq.
         Florida Bar No. 100705

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CLEMENTE DIAZ and                    Case No. 15-25583-LMI
ELIZABETH DIAZ,                      Chapter 7

    Debtors.
_____/

**PROPOSED ORDER GRANTING TRUSTEE'S AGREED**
***EX-PARTE* MOTION TO COMPEL TURNOVER OF DOCUMENTS**

**THIS CASE** came before the Court upon the *Trustee's Agreed Ex-Parte Motion to Compel Turnover of Documents* (DE ___" the "Motion"), filed and served on January 19, 2016, and the Court having reviewed the Motion, having been advised that Debtors' counsel consents to the relief requested therein, and for good cause

**ORDERS** as follows:

1. The Motion is **GRANTED**.

Case No. 15-25583-LMI

2. The Debtors will produce documents requested by Trustee's counsel, with the exception of the Brandsmart credit card statements, for the Trustee no later than February 11, 2016.

3. Attorney Dunn will immediately serve a copy of this Order and file a Certificate of Service.

# # #

Order submitted by:

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Attorneys for Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
Email: michael.dunn@dunnlawpa.com