

ORDERED in the Southern District of Florida on January 19, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CLEMENTE DIAZ and            Case No. 15-25583-LMI
ELIZABETH DIAZ,              Chapter 7

    Debtors.
_____/

### ORDER GRANTING TRUSTEE'S AGREED *EX-PARTE* MOTION TO COMPEL DEBTORS' TURNOVER OF DOCUMENTS

**THIS CASE** came before the Court upon the *Trustee's Agreed Ex-Parte Motion to Compel Debtors' Turnover of Documents* (DE 36" the "Motion"), filed and served on January 19, 2016, and the Court having reviewed the Motion, having been advised that Debtors' counsel consents to the relief requested therein, and for good cause

**ORDERS** as follows:

1. The Motion is **GRANTED**.

Case No. 15-25583-LMI

2. The Debtors will produce documents requested by Trustee's counsel, with the exception of the Brandsmart credit card statements, for the Trustee no later than February 11, 2016.

3. Attorney Dunn will immediately serve a copy of this Order and file a Certificate of Service.

# # #

Order submitted by:

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Attorneys for Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
Email: michael.dunn@dunnlawpa.com